# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Smith Jamison** | ) | Case No. _____ |
| **4015 Pendoric Circle** | ) | Chapter **13** |
| **Winston Salem, NC 27106** | ) | |
| | ) | |
| **Annie Simpson Jamison** | ) | |
| **4015 Pendoric Circle** | ) | |
| **Winston Salem, NC 27106** | ) | |
| | ) | |
| | ) | |
| | ) | |
| SS#  **xxx-xx-1154** | ) | |
| SS#  **xxx-xx-6536** | ) | |
| Debtor(s) | ) | |

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on  **April 23, 2015** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.  Plan Payments**

The plan proposes a payment of **$1,944.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.  Administrative Costs**

1. **Attorney fees.**

   ☒ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $ **500.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

   ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.  Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a.  ☒ None

   b.  The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

   c.  All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d.  Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Credit Bureau** | **$0.00** |
| **Employment Security Comission** | **$0.00** |
| **Forsyth County Tax Administration** | **$3,065.12** |
| **Internal Revenue Service** | **$15,900.00** |
| **N.C. Department of Revenue** | **$3,000.00** |

**IV.** **Secured Claims**

    **1.** **Real Property Secured Claims**

        a. ☐ None

        b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Kondaur Capital Corporation** | **Single Family Home 4015 Pendoric Circle** | **R** | **N** | **$939.27** | **$15,583.40** | **T** |
| **Internal Revenue Service** | **lien on various property owned by debtor** | **R** | **N** | **$401.25** | **$0.00** | **T** |

    **2.** **Personal Property Secured Claims**

        a. ☐ None

        b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Ally Financial** | **2006 Chrysler Pacifica Touring 2wd 113,000 mi**<br><br>**90% NADA clean retail On information and belief, this loan has been sold to GM Financial who is also listed in the petition.** | **$4,073.00** | **Y** | **$2,694.26** | **$0.00** | **$63.82** | **5.25%** |
| **LS218 LoanSmart, LLC** | **2000 BMW 740iL 117,000 mi 90% of NADA average trade** | **$875.48** | **N** | **$0.00** | **$0.00** | **$13.72** | **5.25%** |
| **Southern Equipment Service LLC** | **Power Curber 5700** | **$6,750.00** | **Y** | **$0.00** | **$0.00** | **$105.76** | **5.25%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

    **3.**    **Collateral to be Released**

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| -NONE- | |

    **4.**    **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

**V.**    **Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

**VI.**    **General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__ %.

**VII.**    **Executory Contracts/Leases**

    a.    ☒ None

    b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

    c.    The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII.**    **Special Provisions**

    a.    ☒ None

  b.  Other classes of unsecured claims and treatment

  c.  Other Special Terms

Date: **April 23, 2015**

**/s/ Robert Lefkowitz**
**Robert Lefkowitz 20692**
Attorney for the Debtor
Address: **3500 Brunswick Ct**
    **Winston Salem, NC 27104**
Telephone: **336-813-8357**
State Bar No. **20692**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    **Smith Jamison** )        **NOTICE TO CREDITORS**
    **Annie Simpson Jamison** )                 **AND**
 )              **PROPOSED PLAN**
SS#   **xxx-xx-1154** )
SS#   **xxx-xx-6536** )    Case No. _____
    Debtor(s) )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Absolute Collection**
**421 Fayetteville Street**
**Suite 600**
**Raleigh, NC 27601**

**Advantage Funding**
**c/o Richard A. Gordon**
**400 Interstate N. Pkwy #890**
**Atlanta, GA 30339**

**Aegis-Pine Ridge Family Practice**
**c/o Financial Data Systems**
**P O Box 876**
**Greenville, NC 27835**

**AFNI, Inc.**
**P o Box 3097**
**Bloomington, IL 61702**

**Ally Financial**
**P O Box 380901**
**Minneapolis, MN 55438**

**American Infosource**
**P O Box 54529**
**Oklahoma City, OK 73154**

**Belk/ GE Money Bank**
**Attn: Bankruptcy Dept**
**P O Box 103104**
**Roswell, GA 30076**

**Chase Cardmember Services**
**P O Box 15298**
**Wilmington, DE 19850-5298**

**Credit Bureau**
**PO Box 26140**
**Greensboro, NC 27401**

**Employment Security Comission**
**PO Box 26504**
**Raleigh, NC 27611**

**Enhanced Recovery Corp**
**8014 Bayberry Road**
**Jacksonville, FL 32256**

**First Premier Bank**
**P O Box 5524**
**Sioux Falls, SD 57117-5524**

**FNCC**
P O Box 5097
Sioux Falls, SD 57117

**Forsyth County Tax Administration**
P.O. Box 82
Winston Salem, NC 27102

**Forsyth Medical Center**
3333 Silas Creek Parkway
Winston Salem, NC 27103

**GM Financial**
P.O. Box 183123
Arlington, TX 76096-3123

**Hartley Ready Mix Concrete**
c/o Michael L. Robinson
Robinson and Lawing, LLP
101 N. Cherry Street, Suite 720
Winston Salem, NC 27101

**HSBC**
P o Box 5253
Carol Stream, IL 60197

**Internal Revenue Service**
P O Box 7346
Philadelphia, PA 19101-7346

**Internal Revenue Service**
P O Box 7346
Philadelphia, PA 19101-7346

**Interstate Credit Collections**
711 Coliseum Plaza Court
Winston Salem, NC 27106-5300

**Interstate Credit Collections**
711 Coliseum Plaza Court
Winston Salem, NC 27106-5300

**Kondaur Capital Corporation**
333 South Anita, Suite 400
Orange, CA 92868

**Lowe's/GE Money Bank**
P O Box 103104
Roswell, GA 30076

**LS218 LoanSmart, LLC**
10053 Greensboro Road
Ridgeway, VA 24148

**Medical Revenue Service**
1374 S Babcock Street
Melbourne, FL 32901-3009

**Merrick Bank**
P O Box 9201
Old Bethpage, NY 11804

**N.C. Department of Revenue**
Post Office Box 25000
Raleigh, NC 27640-0640

**Orchard Bank/HSBC Bank**
P O Box 5253
Carol Stream, IL 60197

**Pentagroup Financial**
5959 Corporate Drive, Suite 14
Houston, TX 77036

**Prestige AB Management, LLC**
8529 South Park Circle

**Suite 320**
**Orlando, FL 32819**

**Sears/Citicorp Credit Services**
**P O Box 20507**
**Kansas City, MO 64915**

**Shapiro and Ingle, LLP**
**10130 Perimeter Parkway**
**Suite 400**
**Charlotte, NC 28216**

**Southern Equipment Service LLC**
**P O Box 2182**
**809 North Long St**
**Salisbury, NC 28145-2182**

**Target National Bank**
**P O Box 9475**
**Minneapolis, MN 55440-9475**

**Telecheck**
**5251 Westheimer 2nd Floor**
**Houston, TX 77056**

**TeleCheck Services Inc.**
**Attn: Bankruptcy Department**
**P.O. Box 4451**
**Houston, TX 77210-4451**

**United Portfolio Management**
**1942 Lexington Ave, N**
**Suite 1**
**Saint Paul, MN 55113**

**Wal-Mart/GE Money Bank**
**P O Box 103104**
**Roswell, GA 30076**

Date:  **April 29, 2015**                            **/s/ Robert Lefkowitz**
                                                     **Robert Lefkowitz 20692**